**Electronically Filed
Supreme Court
SCWC-18-0000501
16-OCT-2020
03:26 PM
Dkt. 14 ODAC**

SCWC-18-0000501

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

PATRICK H. OKI,
Petitioner/Defendant-Appellant/Cross-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000501; CR. NO. 1PC151000488)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., and
Circuit Judge Kawano, assigned by reason of vacancy,
with Wilson, J. dissenting)

Petitioner Patrick H. Oki's application for writ of

certiorari filed on August 28, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, October 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Kelsey K. Kawano